# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION, LOCAL 1B, | ) | COURT MINUTES - CIVIL<br>BEFORE: JONATHAN LEBEDOFF<br>CHIEF U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) | |
| | ) | Case No: CIVIL 01-1770 (JNE) |
| v. | ) | Date: 5/20/05 |
| | ) | Court Reporter: N/A |
| BUREAU OF ENGRAVING, INC., | ) | Time Commenced: 9:00 a.m. |
| | ) | Time Concluded: 10:30 a.m. |
| Defendant. | ) | Time in Court: 1 Hour & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Scott Higbee

Defendant: Dean LeDoux

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge