# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION LOCAL 1B, | ) | COURT MINUTES - CIVIL<br>BEFORE: Jonathan Lebedoff<br>Chief U.S. Magistrate Judge |
| Plaintiff, | ) | |
| | ) | Case No: CIVIL NO. 01-1770 (JNE/JGL) |
| v. | ) | Date: 9/12/05 |
| | ) | Court Reporter: NOT APPLICABLE |
| BUREAU OF ENGRAVING, INC., | ) | Time Commenced: 10:00 A.M. |
| | ) | Time Concluded: 10:05 A.M. |
| Defendant. | ) | Time in Court: 0 Hours & *5 Minutes |

APPEARANCES:

Plaintiff: Scott Higbee
Defendant: Dean LeDoux

PROCEEDINGS: CONFERENCE CALL RE: SETTLEMENT

- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference. **Parties think they've worked out the problem; if not, they'll call back on September 16, 2005.**
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to __________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge